# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919   FAX. (212) 964-2926
TONYRICCO@AOL.COM

STEVEN Z. LEGON, ESQ.
*OF COUNSEL*

June 7, 2022

BY E.C.F.

Hon. Edward R. Korman
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11226

   Re:  ***United States v. Carlos Martinez*, Docket No. 17 Cr. 281 (ERK)**

Dear Judge Korman:

  During defendant Carlos Martinez's sentencing proceeding in the above-referenced matter, which took place on April 13, 2022, defense counsel made an oral application for *in forma pauperis* status, for the defendant, Carlos Martinez, to be able to file a notice of appeal without paying the filing fee, which was granted by this court, on the record. However, since there is no docket entry of such order, the case manager from the Second Circuit Court of Appeals has directed counsel to request that the district court issue a text order on the district court docket sheet.

  Therefore, this letter is respectfully submitted to request that this court issue a text order confirming that the court had previously granted *in forma pauperis* status to the defendant, Carlos Martinez, on the record, for the limited purpose of waiving the requirement of paying the notice of appeal filing fee.

           Respectfully submitted,

           *Anthony L. Ricco*
           Anthony L. Ricco, Esq.

ALR/jh